IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberlee Carr,<br><br>            Plaintiff,<br>vs.<br><br>Wilson Logistics Incorporated, et al.,<br><br>            Defendants. | No. CV-24-03235-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant Wabash National Corp.'s Unopposed Motion to Extend (Doc. 56), in which they request an extension of case deadlines. Finding good cause appearing, and that the requested extension would not otherwise delay this action, the motion will be granted. The Court reminds the parties however of its strict policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action. The parties are cautioned that the proposed deadlines, adopted below, verge on that anniversary date. Therefore, the parties should plan their litigation activities in anticipation that no further extensions will be afforded. Accordingly,

**IT IS ORDERED** that the Motion to Extend (Doc. 56) is **granted**.

**IT IS FURTHER ORDERED** that the deadlines are modified as follows:

1. Fact Discovery shall be completed by **May 27, 2026**;
2. Plaintiff's Expert Disclosure shall be due by **February 2, 2026**;
3. Defendant's Expert Disclosure shall be due by **March 6, 2026**;
4. Rebuttal Expert Disclosures shall be due by **April 17, 2026**;

5. Expert depositions must be completed by **June 17, 2026**;

6. Good Faith Settlement talks must be completed by **April 13, 2026**; and

7. Dispositive Motions shall be due by **October 16, 2026**.

Dated this 24th day of October, 2025.

*Michael T. Liburdi*
Judge Michael T. Liburdi for Judge Steven P. Logan
United States District Judge