| | |
|---|---|
| 1 | John G. Simon, #35231 (PHV) |
| 2 | John M. Simon, #68393 (PHV) |
|   | Jared L. Waldhoff, #75799 (PHV) |
| 3 | THE SIMON LAW FIRM, P.C. |
|   | 1001 Highlands Plaza Drive, Suite 300 |
| 4 | St. Louis, MO 63110 |
|   | P: 314-241-2929 |
| 5 | F: 314-241-2029 |
| 6 | jsimon@simonlawpc.com |
|   | jmsimon@simonlawpc.com |
| 7 | jlwaldhoff@simonlawpc.com |
|   | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberlee Carr, as personal representative of the Estate of Clinton Carr, on her behalf individually, and as statutory representative for all statutory beneficiaries of Clinton Carr, Deceased, | No. 2:24-CV-03235-PHX-SPL |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF SERVICE** |
| v. | Assigned to the Hon. Steven P. Logan |
| Wilson Logistics, Inc., a foreign corporation incorporated in Missouri; New Prime, Inc., a foreign corporation incorporated in Nebraska dba Prime Inc.; Wabash National Corp., a foreign corporation incorporated in Delaware; Ian Seth Allen-Adkins and Jane Doe Allen-Adkins, husband and wife; ABC Corporations 1-10; and John and Jane Does 1-10, | |
| Defendants. | |

      The undersigned certifies that true and accurate copies of the following were served via electronic mail on this 2nd day of February, 2026 to all attorneys of record:

1. Plaintiff's Rule 26(a)(2) Expert Disclosures.

DATED: February 2, 2026            **THE SIMON LAW FIRM, P.C.**

By: /s/ *John M. Simon*
John G. Simon, #35231MO (PHV)
John M. Simon, #68393MO (PHV)
Jared L. Waldhoff, #75799MO (PHV)
1001 Highlands Plaza Drive, Suite 300
St. Louis, MO 63110
P: (314) 241-2929
F: (314) 241-2029
jsimon@simonlawpc.com
jmsimon@simonlawpc.com
jwaldhoff@simonlawpc.com

and

**BREYER LAW OFFICES, P.C.**

Mark P. Breyer, #016862
Robert H. Kleinschmidt, #009493
3840 East Ray Road
Phoenix, Arizona 85044
P: 480-248-7997
minutes@breyerlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby affirm that the forgoing document has been furnished to all counsel of record via this Court's ECF system on February 2, 2026.

David Gaona
GAONA LAW FIRM
3101 N. Central Ave., Ste. 720
Phoenix, AZ 85012
david@gaonalaw.com; docket@gaonalaw.com
***Attorney for Defendants Wilson Logistics, Inc., Ian Seth Allen-Adkins & New Prime, Inc.***

Richard W. Mear
THE CAVANAGH LAW FIRM
1850 N. Central Ave., Ste. 2400
Phoenix, AZ 85004
rmear@cavanaghlaw.com
***Attorney/Co-Counsel for New Prime, Inc.***

Andrew G. Pappas, 034432
Travis C. Hunt, 035491
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
apappas@omlaw.com
thunt@omlaw.com

John Cox, III (PHV)
Travis Jones (PHV)
Lara Kakish (PHV)
Jeff Gurley (PHV)
GIBSON DUNN
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-2923
tcox@gibsondunn.com
tjones@gibsondunn.com
lkakish@gibsondunn.com
jgurley@gibsondunn.com
***Attorneys for Wabash National Corporation***

                                                      */s/ John M. Simon*