GAONA LAW FIRM
A PROFESSIONAL CORPORATION
3101 NORTH CENTRAL AVE, SUITE 720
PHOENIX, ARIZONA 85012
_____
(602) 230-2636  Fax (602) 230-1377
david@gaonalaw.com; docket@gaonalaw.com

David F. Gaona, State Bar No. 007391
Attorneys for Defendants Wilson Logistics, Inc.,
Ian Seth Allen-Adkins, & New Prime, Inc.,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Kimberlee Carr, as personal representative of the estate of Clinton Carr, on her behalf individually, and as Statutory Representative for all statutory beneficiaries of Clinton Carr, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>Wilson Logistics, Inc., a foreign corporation incorporated in Missouri; New Prime, Inc., a foreign corporation incorporated in Nebraska dba Prime Inc.; Wabash National Corp., a foreign corporation incorporated in Delaware, Ian Seth Allen-Adkins and Jane Doe Allen-Adkins, husband and wife; ABC Corporations 1-10; ABC Partnerships 1-10; and John and Jane Does 1-10,<br><br>Defendants. | No.  **2:24-cv-03235-SPL**<br><br>**DEFENDANTS WILSON LOGISTICS, INC., IAN SETH ALLEN-ADKINS AND NEW PRIME, INC.'S NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Steven P. Logan) |

Defendants Wilson Logistics, Inc. ("Wilson Logistics"), Ian Seth Allen-Adkins ("Allen-Adkins"), and New Prime, Inc. dba Prime Inc. ("Prime"), by and through undersigned counsel, and pursuant to Rule 26(a)(1), *Federal Rules of Civil Procedure*, hereby gives notice that they served their Fourth Supplemental Disclosure Statement via email on March 10, 2026.

///

///

///

Dated this 10th day of March, 2026.

GAONA LAW FIRM

/s/ David F. Gaona
David F. Gaona
3101 North Central Avenue, Suite 720
Phoenix, Arizona 85012
Attorneys for Defendants Wilson Logistics, Inc., Ian Seth Allen-Adkins, & New Prime, Inc.

THE CAVANAGH LAW FIRM, P.A.

/s/ Richard W. Mear (with permission)
Richard W. Mear, Esq.
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Co-Counsel for Defendant New Prime Inc. dba Prime Inc.