GIBSON DUNN & CRUTCHER LLP
John T. Cox III #24003722TX (Admitted *Pro Hac Vice*)
Travis Jones #24116596TX (Admitted *Pro Hac Vice*)
Lara Kakish #24101978TX (Admitted *Pro Hac Vice*)
Daniel Z. Gordon #1736506DC (Admitted *Pro Hac Vice*)
Jeff Gurley #24141416TX (Admitted *Pro Hac Vice*)
Brian Sanders #24121815TX (Admitted *Pro Hac Vice*)
Cody B. Johnson #24125638TX (Admitted *Pro Hac Vice*)
Jason P. Kenny #24143077TX (Admitted *Pro Hac Vice*)
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
TCox@gibsondunn.com
TJones@gibsondunn.com
LKakish@gibsondunn.com
DGordon@gibsondunn.com
JGurley@gibsondunn.com
BSanders@gibsondunn.com
CBJohnson@gibsondunn.com
JKenny@gibsondunn.com

Andrew G. Pappas, 034432
Travis C. Hunt, 035491
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Pheonix, Arizona 85012
(602) 640-9000
apappas@omlaw.com
thunt@omlaw.com

*Attorneys for Defendant Wabash National Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kimberlee Carr, et al., | Case No. CV-24-03235-PHX-SPL |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| Wilson Logistics, Inc., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Jason P. Kenny of the law firm Gibson, Dunn & Crutcher, LLP hereby enters his appearance of record for Defendant Wabash National Corporation in the above-captioned action.

- 1 -

///

It is hereby requested that notices of all proceedings and copies of all pleadings in the above-entitled proceeding be served as follows:

Jason P. Kenny
Gibson, Dunn & Crutcher LLP
2001 Ross Ave., Suite 2100
Dallas, Texas 75201
(214) 698-3470
JKenny@gibsondunn.com

DATED: April 29, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER, LLP

By: /s/ Jason P. Kenny
John T. Cox III #24003722TX (PHV)
Travis Jones #24101978TX (PHV)
Lara Kakish #24116596TX (PHV)
Daniel Z. Gordon #1736506DC (PHV)
Jeff Gurley #24141416TX (PHV)
Brian Sanders #24121815TX (PHV)
Cody B. Johnson #24125638TX (PHV)
Jason P. Kenny #24143077TX (PHV)
2001 Ross Ave., Suite 2100
Dallas, TX 75201
Telephone: (214) 698-3100
E-mail: TCox@gibsondunn.com
E-mail: TJones@gibsondunn.com
E-mail: LKakish@gibsondunn.com
E-mail: DGordon@gibsondunn.com
E-mail: JGurley@gibsondunn.com
Email: BSanders@gibsondunn.com
Email: CBJohnson@gibsondunn.com
Email: JKenny@gibsondunn.com

OSBORN MALEDON, P.A.

Andrew G. Pappas
Travis C. Hunt
2929 North Central Avenue, Suite 2000
Pheonix Arizona, 85012

*Attorneys for Defendant Wabash National Corp.*

- 3 -